No. 93–7114. GARY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7115. CORREA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7121. FLANAGAN *v.* BRENNAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7125. ALI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7127. DAVIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–7129. BARBER *v.* GREEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–7132. DUPUY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7133. BARKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7134. GOMEZ-SALAZAR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7138. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7141. BILLUE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7142. DANIEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7144. GRAFFT *v.* MAXWELL ET AL. Sup. Ct. Mont. Certiorari denied.

No. 93–7147. IGNAGNI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7150. CARR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7153. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.